1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    GREGORIO ALCARAZ MALDONADO,              Case No.  16-cv-01316-SI
                    Plaintiff,
8
              v.                              **ORDER OF DISMISSAL**
9                                             Re: Dkt. Nos. 2 and 10
     E. E. EVANS, et al.,
10
                    Defendants.
11

12

13

14        This *pro se* civil action originally was filed in the United States District Court for the

15   Eastern District of California.  On March 17, 2016, the action was transferred to the Northern

16   District of California.  On March 17, 2016, the court notified plaintiff in writing that the action

17   was deficient due to the failure to pay the filing fee or furnish a completed and signed court-

18   approved *in forma pauperis* application.  Docket No. 8.  Specifically, plaintiff was informed that

19   the *in forma pauperis* application that he had filed was deficient because he had not attached the

20   required certificate of funds or a copy of his prisoner trust account statement showing transactions

21   for the last six months.  Plaintiff was notified that failure to pay the fee or file the complete

22   application materials within twenty-eight days would result in dismissal of the action.  Plaintiff did

23   not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which

24   to do so has passed. The new application (Docket No. 10) that he filed was incomplete; like the

25   original application (Docket No. 2), the new application filed to include the required certificate of

26   funds or a copy of his prisoner trust account statement showing transactions for the last six

27   months. *See* 28 U.S.C. § 1915(b).  For the foregoing reasons, the *in forma* pauperis applications

28   are DENIED as incomplete.  Docket Nos. 2 and 10.  This action is DISMISSED without prejudice

United States District Court
Northern District of California

1   for failure to pay the filing fee or submit a completed *in forma pauperis* application.  The clerk

2   shall close the file.

3          **IT IS SO ORDERED**.

4   Dated:  June 28, 2016

5                                                                                    _____

6                                                                                    SUSAN ILLSTON
                                                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2