UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORIO ALCARAZ MALDONADO,

    Plaintiff,

    v.

E. E. EVANS, et al.,

    Defendants.

Case No. 16-cv-01316-SI

**JUDGMENT**

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 28, 2016

_____
SUSAN ILLSTON
United States District Judge